UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CASE NO. 4:22-CR-247-RWS-BD |
| § | |
| LATRAY DEMON WRIGHT (1) § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered criminal action was heretofore referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains his proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. With Defendant having waived allocution before the Court as well as his right to object to the report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. It is therefore

**ORDERED** that the Report and Recommendation of United States Magistrate Judge (Docket No. 64) is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's plea of true to the allegations set forth in the Government's Petition (Docket No. 52) is **ACCEPTED**. It is further

**ORDERED** that Defendant's supervised release is **REVOKED**. It is further

**ORDERED** that Defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of six (6) months, with a twelve (12) month term of supervised release to follow. The Court will enter judgment forthwith.

**So ORDERED and SIGNED this 5th day of February, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE